**FILED**

04/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0078

IN THE MONTANA SUPREME COURT

IN RE THE MARRIAGE OF: )     Cause No. DA-22-0078
)
KELDAH ELIZABETH HEDSTROM, )
)     ORDER FOR EXTENSION
        Petitioner and Appellee )     FOR FILING OPENING
  and )     BRIEF
)
CODY CLAY PETERS, )
)
       Respondent and Appellant )

Upon review of Respondent's Motion for Extension for Filing Opening Brief, and good cause therefrom:

It is Hereby ORDERED the Respondent's Extension for time to file Opening Brief is Granted. Respondent/Appellant shall have an additional 30 days to file the Opening Brief in this case.

DATED this _____ day of February, 2022.

_____
Supreme Court Justice

cc: Jami Rebsom
     Rebecca Swandal

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 19 2022